# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00220-CV

### In re Johnny Al Hunter

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Johnny Al Hunter has filed a petition for a writ of mandamus. We deny the petition for writ of mandamus. Tex. R. App. P. 52.

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:  April 17, 2008